FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2020 SEP 18  P 6:02

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS OF THE
FEDERAL GUN CONTROL ACT

# FELONY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: |
| v. | * | SECTION: 20-00091 SECT. 9 MAG. 4 |
| LLOYD WASHINGTON | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 922(o) |
| | * | 18 U.S.C. § 924(a)(2) |
| | | 26 U.S.C. § 5841 |
| | * | 26 U.S.C. § 5861(d) |
| | | 26 U.S.C. § 5871 |
| | * | |

\*   \*   \*

The Grand Jury charges that:

## COUNT 1
### (Possession of Firearms and Ammunition by a Convicted Felon)

On or about July 20, 2020, in the Eastern District of Louisiana, the defendant, **LLOYD WASHINGTON**, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: a felony conviction on September 9, 2015, in the Orleans Parish Criminal District Court, Criminal Docket No. 523-851 "K," for Felon in Possession of a Firearm, in violation of La. R.S. 14:95.1; Possession of Heroin, in violation of La. R.S. 40:966 (C); and Illegal Possession of Stolen Firearm First Offense, in violation of La. R.S.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

14:69.1(B)(1); and a felony conviction on August 9, 2018, in the Orleans Parish Criminal District Court, Criminal Docket No. 541-971 "G," for Aggravated Assault with a Firearm, in violation of La. R.S. 14:37.4; Criminally Negligent Discharging of a Firearm, in violation of La. R.S. 14:94 (A), and Possession of a Firearm by a Convicted Felon, in violation of La. R.S. 14:95.1, did knowingly possess firearms and ammunition, to wit: (1) a Glock, model 22, .40 caliber pistol, bearing serial number 00841MPD, with a Glock converter switch; (2) a Ruger, model LCP, .380 caliber pistol, bearing serial number 371320740; (3) a Taurus, model PT24/7 G2, .40 caliber pistol, bearing serial number SIM30213; (4) a Zastava, model PAP M92 PV, 7.62x39 caliber pistol, bearing serial number M92PV068277; (5) an Izhmash, model IJ70-17A, .380 caliber pistol, bearing serial number BTK3233; (6) a Heritage Mfg. Inc., model Rough Rider, .22 caliber pistol, bearing serial number R36814; (7) a Glock, model 17, 9mm caliber pistol, bearing serial number BHBZ225, with a Glock converter switch; (8) a Plainfield Machine Company, Paratrooper, .30 caliber rifle, bearing serial number 43211; (9) four live rounds of .40 caliber ammunition; (10) nine live rounds of .38 special ammunition; (11) seven live rounds of .380 caliber ammunition; (12) an unknown number of live rounds of 7.62x39mm caliber ammunition; (13) an unknown number of live rounds of 9mm caliber ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
**(Possession of Machine Guns)**

On or about July 20, 2020, in the Eastern District of Louisiana, the defendant, **LLOYD WASHINGTON**, did knowingly possess machine guns, to wit: (1) a Glock, model 22, .40 caliber pistol, bearing serial number 00841MPD, with a Glock converter switch; (2) and a Glock, model

17, 9mm caliber, semi-automatic pistol, bearing serial number BHBZ225, with a Glock converter switch; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3
### (Possession of Non-registered Firearms)

On or about July 20, 2020, in the Eastern District of Louisiana, the defendant, **LLOYD WASHINGTON**, did knowingly receive and possess firearms, to wit: (1) a Glock, model 22, .40 caliber pistol, bearing serial number 00841MPD, with a Glock converter switch; (2) and a Glock, model 17, 9mm caliber pistol, bearing serial number BHBZ225, with a Glock converter switch; not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3, are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Counts 1, 2, and 3, the defendant, **LLOYD WASHINGTON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any firearm or ammunition described above.

4. If any of the above-described property, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond jurisdiction of the Court;

      d.    has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property

A TRUE BILL:

*[signature]*
BRITTANY REED
Assistant United States Attorney
Louisiana Bar Roll No. 31299

New Orleans, Louisiana
September 18, 2020

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

THE UNITED STATES OF AMERICA

vs.

LLOYD WASHINGTON

## INDICTMENT

INDICTMENT FOR VIOLATIONS OF THE
FEDERAL GUN CONTROL ACT

VIOLATIONS:  18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
26 U.S.C. § 5841
26 U.S.C. § 5861(d)
26 U.S.C. § 5871

A true bill.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ [redacted]

Filed in open court this _____ day of _____ A.D. 2020.

_____
Clerk

Bail, $ _____



BRITTANY L. REED
Assistant United States Attorney